# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

## No. 95-40510
## Summary Calendar
_____

**JESSE LEE WASHINGTON,**

                                        **Plaintiff-Appellant,**

**versus**

**MARTHA J. LEGG ET AL.,**

                                        **Defendants-Appellees.**


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-335
- - - - - - - - - -
February 23, 1996

Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

      Jesse Lee Washington appeals the district court's dismissal of his civil rights complaint as frivolous pursuant to 28 U.S.C. § 1915(d), and after an evidentiary hearing pursuant to 28 U.S.C. § 636(b)(1)(B).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we AFFIRM for essentially the reasons given by the district court.  Washington's motions are DENIED.

---

      [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

In addition, we note that Washington has been sanctioned and ordered to review any pending appeals to ensure that they are not frivolous. See Washington v. Herring, No. 95-40620 (5th Cir. Oct. 18, 1995)(unpublished). Such order remains intact. We have reviewed this appeal only because the notice of appeal and appellant's brief had been filed before the sanction was imposed.

We also reiterate that Washington is barred from filing any pro se, IFP, civil appeal in this court, or any pro se, IFP, initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court; the clerk of this court and the clerks of all federal district courts in this Circuit are directed to return to Washington, unfiled, any attempted submission inconsistent with this bar.

**AFFIRMED.**